**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **JULIO COLLAZO-PEREZ,**<br><br>   **Plaintiff,**<br><br>               v.<br><br>**ESTADO LIBRE ASOCIADO DE PUERTO RICO, et al.**<br><br>   **Defendants.** | **CIVIL NO. 14-1648 (PAD)** |

**MEMORANDUM AND ORDER**

Delgado-Hernández, District Judge.

Plaintiff initiated this action filing a Spanish-language Petition on August 27, 2014 (Docket No. 2), requesting to appear in forma pauperis (Docket No. 7). On August 31, 2015, the court denied as unsupported the request to proceed in forma pauperis; and granted plaintiff until September 18, 2015 to refile a correct and complete version of the request, and file a certified translation in the English language of the complaint and an informative motion plaintiff had filed (Docket No. 8). It expressly warned that otherwise, the complaint would be stricken from the record. Id. To date, plaintiff has failed to comply with the order.

Pursuant to 48 U.S.C. § 864, "[a]ll pleadings and proceedings in the United States District Court for the District of Puerto Rico shall be conducted in the English language." Similarly, Local Rule 5(g) requires in part, that "[a]ll documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English prepared by an interpreter certified by the Administrative Office of the United States Courts."

The First Circuit requires strict enforcement of the English-language requirement where the untranslated document is key to the outcome of the proceedings. Puerto Ricans for Puerto Rico Party v. Dalmau, 544 F.3d 58, 67 (1st Cir. 2008). As the First Circuit has explained, allowing the outcome to turn on a non-English document would be "at odds with the premise of a unified and integrated federal courts system." Id. Therefore, district courts should not consider such documents. González-De-Blasini v. Family Department, 377 F.3d 81, 89 (1st Cir.2004).

Against this standard, the need for dismissal is apparent. The Complaint provides the foundation for the action, subsequent developments, and ultimate disposition. Here, it was filed in Spanish (Docket No. 2). And to date, no English-language translation has been submitted. Besides, plaintiff has not submitted the document as ordered, has not proffered any explanation for failure to do so, nor asked for an extension of time to file the required documents. Consequently, in accordance with the order at Docket No. 8, the Spanish language complaint is stricken from the record. There being no complaint, dismissal is warranted.

Judgment shall be entered accordingly.

**SO ORDERED**.

In San Juan, Puerto Rico, 5th day of June, 2017.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
